**Order entered December 23, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00904-CR

## EX PARTE MICHAEL KRUPPENBACHER

**On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause No. WX22-92138-U**

### ORDER

Before the Court is the State's December 2, 2022 motion to supplement the record with the trial court's order adopting the magistrate's findings and Order staying appellant's extradition. Both orders were entered on November 30, 2023. The State also notes that the trial court has not yet filed a certification of the right to appeal. We **GRANT** the State's motion.

We **ORDER** the trial court to prepare a certification of the right to appeal within **TWENTY-ONE DAYS** of the date of this order.

We **ORDER** the Dallas County District Clerk to file, within **THIRTY DAYS** of the date of this order, a supplemental clerk's record containing (1) the

trial court's November 30, 2022 order staying appellant's extradition, (2) the trial court's November 30, 2022 order adopting the magistrate's findings, and (3) the trial court's certification of the right to appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Huff, Presiding Judge, 291st Judicial District Court; to Felicia Pitre, Dallas County District Clerk; to Michael Kruppenbacher, BIN22015574, Dallas County Jail, North Tower, NG02, P.O. Box 660334, Dallas, Texas 75266; and to counsel for the parties.

/s/    AMANDA L. REICHEK
       JUSTICE